IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH ROY MYLES, | § | |
| TDCJ-CID NO.1291260, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-884 |
| | § | |
| DOUG DRETKE, Director of the | § | |
| Texas Department of Criminal | § | |
| Justice- Correctional Institutions Division, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED without prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED at Houston, Texas on May 23, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE